UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )   USDC No. 23-cr-432-02 (RBW) |
| | ) |
| Nico Clary, *defendant*. | ) |

NOTICE

Undersigned counsel Nathan I. Silver, II, Esq., hereby provides the Court the reason for the defendant's failure to appear as required at the probation adjustment hearing this 20th day of August, 2024.

Upon further review, the fault lies with counsel, who provided the defendant with the erroneous time of the hearing.  The Court initially set the time for today's hearing for 10 o'clock a.m.  When a conflict arose, the Court changed the time to 11:45 a,n, EDT.

On Friday, August 16, 2024, counsel forwarded to the defendant the login information from the Court, sent by your Honor's deputy, Andriea Hill. The login email does not include the time of the hearing.  By mistake, he advised the defendant of the new time but failed to advise that it would be at Central, not Eastern time. (See Exhibit, copy of email from counsel to defendant)

The defendant made arrangements to take off the day from her job so that she would be able to attend the hearing remotely, privately and without distraction from her responsibilities at her office.  However, the two phones she has – one for personal calls, the other for work, both of them cell phones, not landlines – were placed in a part of her residence where reception is spotty, if available at all.  She, of course, believed the hearing time would be 11:45 a.m. Central time, so

she would be ready to log in as needed.  That explains why counsel, when he contacted her before the hearing to make sure she was not having trouble logging in, and later was unable to reach her by phone or text message, could not reach her.  It was counsel's error, not the defendant's, and therefore her absence was unintentional, not deliberate or negligent.

For this reason, counsel urges the Court to discharge the bench warrant which was issued this day.

Counsel has advised the defendant of the new hearing date and time (Nov. 26, 2024 at 11:30 a.m. EST, 10:30 CST).  The defendant has an unblemished record of appearing for her hearings in this case.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF upon asst. U.S. Attorney Eric Boylan, Esq., attorney of record for the Government, and upon Kira Anne West, Esq., attorney of record for the codefendant, this 20th day of August, 2024 .

/s/
_____
*Nathan I. Silver, II*